UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMY BROWN,

    Petitioner,

Case No. 1:06-cv-902

v.

HONORABLE PAUL L. MALONEY

THOMAS BELL,

    Respondent.
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date: February 26, 2010            /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge